IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BILLY TYLER,<br><br>    Plaintiff,<br><br>vs.<br><br>PETER BATALLION, judge 4th Judicial District of Nebraska; and NAVATIL, atty;<br><br>    Defendants. | 4:22-CV-3137<br><br>**MEMORANDUM AND ORDER DISMISSING CASE WITHOUT PREJUDICE** |

  On August 1, 2022, the Court ordered Plaintiff to pay the $402.00 filing and administrative fees or file a request for leave to proceed in forma pauperis within 30 days or face dismissal of this action. To date, Plaintiff has not paid the fees, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter.

  IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

  Dated this 12th day of September, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge